IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS
CIVIL DIVISION

| | |
|---|---|
| CARLA WALKER | PLAINTIFF |
| VS. | NO. CV-62-2017-1416-3 |
| CREDIT ACCEPTANCE CORPORATION | DEFENDANT |

## COMPLAINT AT LAW

Comes the Plaintiff, Carla Walker, by her attorneys Easley & Houseal, PLLC, and for her cause of action against the Defendant, Credit Acceptance Corp., states:

1, Plaintiff is a resident of Forrest City, Arkansas. Defendant Credit Acceptance Corp. is a foreign corporation having its principal offices in Southfield, Michigan. Said Defendant is regularly doing business in the State of Arkansas, and is therefore subject to suit in Arkansas under the Arkansas Long-Arm Statute, A.C.A. §16-4-101. This Court has full jurisdiction both *in personam* and *in rem* under the provisions of A.C.A. §16-13-201 and venue properly lies in St. Francis County, Arkansas.

2, On October 4, 2014 Plaintiff went to Thrifty Car Sales in Memphis, TN and traded in her 2000 Ford Mustang on a 2010 Hyundai Santa Fe. After the trade-in, Plaintiff signed the sales agreement, agreeing that she owed $15,478.43 for the Santa Fe. (See Exhibit "A" attached.) She financed the $15,478.43 with Defendant

Credit Acceptance Corp. Plaintiff was not provided with a copy of any negotiable instrument, or other documents relative to the financing by Credit Acceptance Corp. so she is unable to provide same as an exhibit. Those documents will be procured from Defendant in discovery.

3, Defendant Credit Acceptance Corp. recently provided Plaintiff with a "payment schedule," which is attached as Exhibit "B." That schedule shows that the beginning balance on the purchase of the vehicle as of 11/3/14 was $32,349.02, not the $15,478.43 she contracted to pay when she purchased the Hyundai Santa Fe. Despite now having paid thirty (27) regular payments of $455.62 and three (3) payments of $478.40 (for a total of $13,736.94) Defendant Credit Acceptance Corp. now claims that Plaintiff still owes Defendant $18,887.64.

4, Plaintiff is now getting phone calls from Defendant demanding more payments. Plaintiff is led to believe that Defendant intends to repossess her vehicle.

5, Defendant has engaged in a fraudulent scheme to extract exorbitant amounts of money from Plaintiff, and in so doing has committed violations of the Arkansas Deceptive Trade Practices Act, in the following manner:

a. Defendant did not disclose to Plaintiff that it was charging her $16,870.59 more than she had agreed to pay in the purchase contract;

b. Defendant used deception and fraud upon Plaintiff in representing (or withholding) the amount she was financing;

    c. Defendant intended for Plaintiff to rely on its concealment;

    d. Plaintiff has been harmed by the threat of losing her vehicle, and, by having to employ an attorney to enforce her rights under the sales contract, and, to prevent wrongful repossession of her vehicle.

6, Defendant should pay Plaintiff's attorneys' fees, pursuant to A.C.A. §16-22-308, and, pursuant to the Arkansas Deceptive Trade Practices Act, A.C.A. §4-88-107.

7, Defendant's deceitful practices represent intentional and malicious conduct, for which Defendant should be punished by the assessment of punitive damages, so as to deter Defendant and all others similarly situated from such conduct in the future.

8, This court should issue its *ex parte* order preventing Defendant or its agents from repossessing Plaintiff's Hyundai Santa Fe prior to this Court issuing any order concerning the vehicle.

9, Plaintiff demands a jury trial.

**WHEREFORE,** Plaintiff prays that she do have and recover judgment from the Defendant Credit Acceptance Corp. in the sum of Twenty Thousand Dollars ($20,000.00) as compensatory damages; together with attorneys' fees, and punitive damages in in amount to be fixed by the jury; for an order restraining Defendant

from any form of repossession of Plaintiff's vehicle pending a final decision in this case; for a jury trial; her court costs herein expended; and all other proper relief.

**EASLEY & HOUSEAL, PLLC**
Attorneys for Plaintiff

By: /s/ B. Michael Easley

B. Michael Easley (74041)
P. O. Box 1115
Forrest City, AR 72336-1115
(870) 633-1447
mike@ehtriallawyers.com

Case 2:17-cv-00128-BRW Document 2 Filed 08/04/17 Page ... 2240 Covington Pike Memphis, TN 38128
(901) 373-7007

| DEALERSHIP NAME | THRIFTY CAR SALES MEMPHIS | | | | |
|---|---|---|---|---|---|
| ADDRESS | 2240 Covington Pike Memphis, TN 38128 | | | | |
| CUSTOMER NAME | CARLA A SYKES-WALKER AND JACKIE WALKER | | | DATE | 10/04/14 |
| STREET ADDRESS | 209 WOLFE ST | | PHONE | (870)270-1062 | |
| CITY | FORREST CITY | COUNTY | STATE AR | ZIP 72335 SALESPERSON | ALONZO DILLON |

I AGREE TO PURCHASE THE BELOW LISTED USED VEHICLE:

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | TRIM |
|---|---|---|---|---|---|
| 2010 | HYUNDAI | SANTA FE | FWD 4DR I4 AUTO GLS | SILVER | N/A |
| VIN | 5NMSG3AB6AH389084 | TO BE DELIVERED ON OR ABOUT | | STOCK NO. | P3260 |

| REMARKS: | CASH PRICE OF VEHICLE | $ 13,309.85 |
|---|---|---|
| LIENHOLDER: | | |
| CREDIT ACCEPTANCE CORP | | |
| 25505 W TWELVE MILE RD | | |
| SOUTHFIELD, MI 48034 | | |
| | Superior Protection | 1,380.00 |
| DEPOSIT RECEIPT | WESTERN DIVERSIFIED | 630.00 |
| | | N/A |
| | DOCUMENT FEES → | 499.00 |

| TRADE-IN AND OTHER CREDITS | | | ← SELLING PRICE → | 15,818.85 |
|---|---|---|---|---|
| TRADE-IN ALLOWANCE | 1,500.00 | | X 7.5% = SALES TAX | 1,027.08 |
| BALANCE OWED ON TRADE | N/A | TAXABLE TOTAL | COUNTY | |
| BALANCE OWED TO | | ODOMETER MILEAGE STATEMENT | TITLE & FILING FEES | 132.50 |
| NET EQUITY | 1,500.00 | THE ODOMETER OF THE ABOVE DESCRIBED VEHICLE NOW READS | OTHER | N/A |
| DEPOSIT | N/A | 72,32 MILES/KILOMETERS AND IS ACCURATE UNLESS CHECKED BELOW | | N/A |
| CASH ON DELIVERY | N/A | ☐ ODOMETER MILEAGE IS NOT ACCURATE REFER TO THE FEDERAL MILEAGE | | N/A |
| OTHER | N/A | STATEMENT FOR FULL DISCLOSURE | TOTAL | 16,978.43 |
| TOTAL CREDITS | 1,500.00 | | TOTAL CREDITS | 1,500.00 |
| TRADE-IN STOCK NO. | YEAR 2000 | MAKE FORD | MODEL MUSTANG | BALANCE DUE 15,478.43 |
| BODY TYPE | 2DR CONVERT | VIN 1FAFP44XYF282396 | MILEAGE 177,709 | |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALERS, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ON ALL GOODS AND SERVICES SOLD BY DEALER. IN THE EVENT THAT A SERVICE CONTRACT IS SOLD BY DEALER ON IT'S OWN BEHALF, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IS LIMITED IN DURATION TO THE TERM OF THE SERVICE CONTRACT.

Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

The front and back of this Agreement and any documents attached hereto comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I hereby certify that no credit has been extended to me for the purchase of this motor vehicle except as it appears in writing on the face of this agreement. I have read the matter printed on the back hereof and agree to it as a part of this order the same as if it were printed above my signature. I certify that I am at least 18 years old, and hereby acknowledge receipt of a copy of this agreement.

APPROVED _____ AUTHORIZED DEALERSHIP REPRESENTATIVE    ACCEPTED BY CUSTOMER _____

THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY ...

**PLAINTIFF'S EXHIBIT A**

LAW URBO-1 (3/09)  The printer makes no warranty, express or ... Consult your own legal ...   ©2005 Reynolds and Reynolds  TO ORDER: www.reysource.com, 1-800-344-0996; fax 1-800-531-9055



**CARLA SYKES-WALKER**  5/11/2017
Account: 78761835
Initial Balance: 10/04/2014   $32,804.64

| Date | Description | Amount | Balance |
|---|---|---|---|
| 04/14/2017 | BANK WIRE TRANSFER | -478.40 | 18,887.64 |
| 03/17/2017 | BANK WIRE TRANSFER | -478.40 | 19,366.04 |
| 03/15/2017 | LATE FEE | 22.78 | 19,844.44 |
| 02/17/2017 | BANK WIRE TRANSFER | -455.62 | 19,821.66 |
| 02/15/2017 | LATE FEE | 22.78 | 20,277.28 |
| 01/06/2017 | BANK WIRE TRANSFER | -455.62 | 20,254.50 |
| 12/02/2016 | BANK WIRE TRANSFER | -455.62 | 20,710.12 |
| 11/25/2016 | BANK WIRE TRANSFER | -478.40 | 21,165.74 |
| 11/15/2016 | LATE FEE | 22.78 | 21,644.14 |
| 10/14/2016 | BANK WIRE TRANSFER | -455.62 | 21,621.36 |
| 09/06/2016 | BANK WIRE TRANSFER | -455.62 | 22,076.98 |
| 08/05/2016 | BANK WIRE TRANSFER | -455.62 | 22,532.60 |
| 07/05/2016 | BANK WIRE TRANSFER | -455.62 | 22,988.22 |
| 06/03/2016 | BANK WIRE TRANSFER | -455.62 | 23,443.84 |
| 05/12/2016 | BANK WIRE TRANSFER | -455.62 | 23,899.46 |
| 04/02/2016 | BANK WIRE TRANSFER | -455.62 | 24,355.08 |
| 03/04/2016 | BANK WIRE TRANSFER | -455.62 | 24,810.70 |
| 02/05/2016 | BANK WIRE TRANSFER | -455.62 | 25,266.32 |
| 12/31/2015 | BANK WIRE TRANSFER | -455.62 | 25,721.94 |
| 12/04/2015 | BANK WIRE TRANSFER | -455.62 | 26,177.56 |
| 11/14/2015 | CREDIT ADJUSTMENT | -248.40 | 26,633.18 |
| 11/03/2015 | BANK WIRE TRANSFER | -455.62 | 26,881.58 |
| 10/03/2015 | BANK WIRE TRANSFER | -455.62 | 27,337.20 |
| 09/03/2015 | BANK WIRE TRANSFER | -455.62 | 27,792.82 |
| 08/03/2015 | BANK WIRE TRANSFER | -455.62 | 28,248.44 |
| 07/03/2015 | BANK WIRE TRANSFER | -455.62 | 28,704.06 |
| 06/03/2015 | BANK WIRE TRANSFER | -455.62 | 29,159.68 |
| 05/01/2015 | BANK WIRE TRANSFER | -455.62 | 29,615.30 |
| 04/03/2015 | BANK WIRE TRANSFER | -455.62 | 30,070.92 |
| 03/03/2015 | BANK WIRE TRANSFER | -455.62 | 30,526.54 |
| 02/03/2015 | BANK WIRE TRANSFER | -455.62 | 30,982.16 |
| 01/02/2015 | BANK WIRE TRANSFER | -455.62 | 31,437.78 |
| 12/03/2014 | BANK WIRE TRANSFER | -455.62 | 31,893.40 |
| 11/03/2014 | BANK WIRE TRANSFER | -455.62 | 32,349.02 |

PLAINTIFF'S EXHIBIT 3