**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| **CARLA WALKER,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CREDIT ACCEPTANCE** )<br>**CORPORATION,** )<br>)<br>**Defendant.** ) | **CIVIL ACTION NO: 2:17-cv-128 BRW** |

**CREDIT ACCEPTANCE CORPORATION'S
MOTION TO COMPEL ARBITRATION, MOTION TO DISMISS,
OR IN THE ALTERNATIVE, MOTION TO STAY ALL PROCEEDINGS**

Defendant Credit Acceptance Corporation ("Credit Acceptance"), for its Motion to Compel Arbitration, Motion to Dismiss, or in the Alternative, Motion to Stay All Proceedings, states the following:

1. Credit Acceptance and Plaintiff Carla Walker are parties to a Retail Installment Contract (the "Contract").

2. Walker entered into the Contract with Morris Smith Automotive Group LLC for the purpose of purchasing a 2010 Hyundai Santa Fe VIN 5NMSG3AB6AH392084 (the "Vehicle"). Pursuant to the Contract, Walker was to make 72 payments of $455.62. The Contract was assigned to Credit Acceptance.

3. The Contract contains an arbitration clause which governs all claims related to the Contract, including "any default under this Contract, . . . [or] the collection of amounts due under this Contract[.]"

4. Walker filed an action against Credit Acceptance on June 29, 2017, in the Circuit Court of St. Francis County, Arkansas. On August 4, 2017, Credit Acceptance filed a Notice of Removal, removing the case to the United States District Court for the Eastern District of Arkansas. The crux of the Complaint is that Credit Acceptance is requesting payment from Walker in an amount that exceeds the purchase price of the Vehicle.

5. All of Walker's claims against Credit Acceptance directly relate to the Contract. Consequently, all of the claims at issue are subject to the Arbitration Clause.

6. This motion is supplemented by a brief in support filed contemporaneously and incorporated herein by reference.

7. In addition, attached to the brief as Exhibit A is an affidavit of Kelly Namel, which includes a true and correct copy of the Contract.

WHEREFORE, Defendant Credit Acceptance Corporation respectfully requests that this Court grant its motion to compel arbitration, motion to dismiss, or in the alternative, motion to stay all proceedings against it under the Federal Arbitration Act, and for all other relief to which it is entitled.

Respectfully submitted,

MARTIN A. KASTEN, #99100
PHILLIP M. BRICK, JR., #2009116
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
(501) 370-1456 - Telephone
(501) 244-5330 - Facsimile
mkasten@fridayfirm.com – Email
pbrick@fridayfirm.com – Email

Attorneys for Credit Acceptance Corporation

By: /s/ Martin A. Kasten
      MARTIN A. KASTEN

## CERTIFICATE OF SERVICE

I, Martin A. Kasten, hereby certify that a copy of the foregoing has been served through U.S. mail upon the following counsel of record on this 11th day of August, 2017:

B. Michael Easley
Easley & Houseal, PLLC
P.O. Box 1115
Forrest City, AR 72335-1115

/s/ Martin A. Kasten
MARTIN A. KASTEN